IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| FIDEL SALAZAR,<br>Institutional ID No.01506617,<br>SID No. 03924280,<br><br>   Plaintiff,<br><br>v.<br><br>U.T.M.B. CORRECTIONAL MANAGED CARE,<br>*et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 5:17-CV-313-BQ<br>)<br>)<br>)<br>)<br>) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections, and the District Court has made a de novo review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's second motion for a preliminary injunction (ECF No. 21) is **DENIED**.

SO ORDERED this 26th day of March, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE