IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| FIDEL SALAZAR, <br> Institutional ID No.01506617, <br> SID No. 03924280, <br><br> Plaintiff, <br><br> v. <br><br> U.T.M.B. CORRECTIONAL MANAGED CARE, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) CIVIL ACTION NO. 5:17-CV-313-BQ ) ) ) ) ) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Rule 60(b) motion for reconsideration (ECF No. 58) is **DENIED**.

SO ORDERED this 27th day of August 2018.

BARBARA M. G. LYNN
CHIEF JUDGE